```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DION DAVIS et al.,                                                 :
                                                                   :
                                  Plaintiffs,                      :   18-CV-3666 (JMF)
                                                                   :
                -v-                                                :   ORDER
                                                                   :
CITY OF NEW YORK et al.,                                           :
                                                                   :
                                  Defendants.                      :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By letter dated July 17, 2018, the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, advised the Court that they had agreed to a settlement in principle and would submit their stipulated settlement agreement to the Court for review by no later than August 17, 2018. By Order entered July 18, 2018, the Court directed the parties to submit the proposed settlement agreement along with a joint letter explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

The Court, having reviewed the parties' joint letter, dated August 6, 2018, finds that the settlement is fair and reasonable, given both the nature and scope of the Plaintiffs' individual claim as well as the risks and expenses involved in additional litigation. *See id.* Further, the Court finds that the proposed award of attorney's fees is not unreasonable given counsel's actual work on the case. *See id.* at 336-37. Accordingly, the Court approves the settlement and dismisses the case with prejudice.

The Clerk of the Court is directed to terminate Docket No. 19 and to close this case.

SO ORDERED.

Dated: August 9, 2018                              _____
       New York, New York                                    JESSE M. FURMAN
                                                         United States District Judge